IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNETTE RICHARDSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WUXI ADVANCED THERAPIES, INC., et al. | : | NO. 21-4302 |
| | : | |

ORDER

AND NOW, this 18th day of November 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of the defendants Wuxi Advanced Therapies, Inc. and Wuxi AppTec, Inc. for summary judgment (Doc. #19) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.